Fruehsamer v City of New York (2024 NY Slip Op 02277)

Fruehsamer v City of New York

2024 NY Slip Op 02277

Decided on April 30, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 30, 2024

Before: Singh, J.P., Gesmer, Kennedy, Scarpulla, Pitt-Burke, JJ. 

Index No. 113293/11 Appeal No. 2148 Case No. 2023-02807 

[*1]John Fruehsamer et al., Respondents-Appellants,
v
The City of New York et al., Appellant-Respondent. (And Third-Party Actions.)

An appeal and cross-appeal having been taken to this Court by the above-named appellant and cross-appellant from an order of the Supreme Court, New York County (Shlomo S. Hagler, J.), entered on or about April 19, 2023,
And plaintiffs appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 16, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: April 30, 2024